1  BENJAMIN B. WAGNER
   United States Attorney
2  PHILIP A. FERRARI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8

9                    IN THE UNITED STATES DISTRICT COURT

10                       EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,        CASE NO. CR S 01-0188 MCE

13                 Plaintiff,        MOTION TO DISMISS INDICTMENT WITHOUT
                                     PREJUDICE AND RECALL ARREST WARRANT;
14        v.                         ORDER

15  ARAM AYIS GRIGORYAN,

16                 Defendant.

17

18      An indictment was filed in this matter on May 9, 2001, charging the above-referenced defendant

19  with a violation of Title 18, United States Code §§ 1347 and 2 [Health Care Fraud and Aiding and

20  Abetting]. A no bail bench warrant issued on the indictment. In the more than ten years which have

21  passed since the indictment issued, law enforcement personnel have been unable to locate the defendant.

22  Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America,

23  by and through its undersigned attorney, herewith seeks the leave of this Honorable Court to dismiss

24  without prejudice the indictment filed in this case on May 9, 2001. Plaintiff United States also

25  respectfully requests that the arrest warrant issued upon that indictment on May 9, 2001 be recalled.

26      ///

27      ///

28      ///

MOTION TO DISMISS                          1

1 | Dated: July 23, 2013	BENJAMIN B. WAGNER
United States Attorney

  /s/ Philip A. Ferrari
PHILIP A. FERRARI
Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED.

Dated: September 28, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE